# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 14-0246MJ |
| Plaintiff, | |
| vs. | **ORDER** |
| Adrian Helguea-Garcia, | |
| Defendant. | |

Upon Defendant's Motion to Continue Change of Plea Hearing (Doc. 10), no objection from the government and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Continue Change of Plea Hearing (Doc. 10).

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** continuing the change of plea hearing currently set June 12, 2014 to June 13, 2014, at 11:00 a.m., courtroom 305.

. . .

. . .

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____.

DATED this 2nd day of June, 2014.

_____
David K. Duncan
United States Magistrate Judge